**Memorandum Order issued June 12, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00309-CV

———————————

**FIRST STREET HOSPITAL L.P. D/B/A FIRST SURGICAL HOSPITAL, KENNETH J. LEE, M.D., KL MODERN SPINE, PLLC, KARLYN J. POWELL, M.D., Appellants**

**V.**

**TONY LE, Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-62649**

---

**MEMORANDUM ORDER**

Appellant, First Street Hospital L.P. d/b/a First Surgical Hospital, has filed a motion to dismiss its appeal. *See* TEX. R. APP. P. 42.1(a)(1).[1] Appellant First Street contends that it and the appellee have reached a settlement agreement and further requests that each party be directed to pay its own appellate costs. *See* TEX. R. APP. P. 42.1(d). Although appellant First Street's motion does not contain a certificate of conference, it contains a certificate of service on counsel for all parties, has been on file with this Court for more than ten days, and no party has responded to the motion. *See* TEX. R. APP. P. 9.5(d), (e), 10.1(a)(5), 10.3(a)(2).

Accordingly, we grant appellant First Street's motion and dismiss its appeal and, upon issuance of this Court's judgment, appellate costs are to be taxed against the party who incurred the same. *See* TEX. R. APP. P. 42.1(a)(1), (d), 43.2(f). The appeals by Kenneth J. Lee, M.D. and KL Modern Spine, PLLC, and Karlyn J. Powell, M.D., remain pending. *See* TEX. R. APP. P. 42.1(b).

**PER CURIAM**

Panel consists of Justices Higley, Brown, and Caughey.

---

[1] Three other appellants, Kenneth J. Lee, M.D. and KL Modern Spine, PLLC, and Karlyn J. Powell, M.D., have also filed two separate notices of appeal, but are not moving to dismiss.